**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 71 EAL 2018
                       Respondent :
                                      : Petition for Allowance of Appeal from
                                        : the Order of the Superior Court
                  v. :
                                        :
                                          :
ANTHONY M. DAY, :
                                          :
                  Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.